FILED
2015 JUL -1 PM 4:16
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>PETER LEE MOORE,<br><br>          Defendant. | ED CR No. 15-0055 VAP<br><br>I N F O R M A T I O N<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Possession with Intent to Distribute Methamphetamine] |

The United States Attorney charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about February 14, 2014, in Riverside County, within the Central District of California, defendant PETER LEE MOORE knowingly and intentionally possessed with intent to distribute

//
//
//

at least 50 grams, that is, approximately 1,541.5 grams, of methamphetamine, a Schedule II controlled substance.

EILEEN M. DECKER
United States Attorney

*/s/ Robert E. Dugdale*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

JOSEPH B. WIDMAN
Assistant United States Attorney
Chief, Riverside Office

STEPHEN T. MERRILL
Special Assistant U.S. Attorney
Riverside Office